THE FIRST NATIONAL BANK, MAMARONECK, NEW YORK, Appellant, v. VILLAGE OF MAMARONECK, NORMAN L. MARKS and Others, Respondents. NATIONAL SURETY COMPANY and CHARLES EVERETT MOORE, as Receiver, etc., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

DANIEL FUCHS and JULIA F. FUCHS, Respondents, v. UNITED STATES CREMATION COMPANY, LIMITED, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

CHARLES GOLD, INC., Appellant, v. JOSEPH E. MARX COMPANY, INC., Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. The testimony as to Halpern's relations with plaintiff, his right to bind plaintiff by the special agreement, and to receive pay under it, presented, among others, questions of fact which required the trial justice to submit the issues to the jury for determination. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

GREELEY SIGHT SEEING COMPANY, Respondent, v. JAMES J. BYRNE, as President of the Borough of Brooklyn, etc., and Another, Appellants.— Judgment awarding a permanent injunction restraining the president of the borough of Brooklyn and the superintendent of highways of said borough reversed upon the law and the facts and complaint dismissed, without costs. The control and maintenance of the city sidewalks is an administrative matter with the reasonable exercise of which the courts should not interfere. The conclusion reached should not be deemed to indicate that plaintiff has not the right to cross the sidewalk in order to enter or leave its place of business, utilizing reasonable mechanical means to that end. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

HARDING PARK HOMES CO., INC., Appellant, v. EAGLE INDEMNITY COMPANY, Respondent, and SALADINO BUILDING CO., INC., and Others, Defendants.— Order, as resettled, modifying judgment of foreclosure, affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents.

ELIZABETH M. HENNESSEY, Respondent, v. WILLIAM J. HENNESSEY, Appellant. (Appeal No. 1.) — Order denying defendant's motion for judgment dismissing complaint affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty and Seeger, JJ., concur; Lazansky, P. J., and Carswell, J., dissent upon the ground that it clearly appears by the pleadings that the action is barred by the Statute of Limitations.

ELIZABETH M. HENNESSEY, Respondent, v. WILLIAM J. HENNESSEY, Appellant. (Appeal No. 2.)— Order directing payment of alimony pendente lite and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty and Seeger, JJ., concur; Lazansky, P. J., and Carswell, J., dissent upon the ground that it clearly appears by the pleadings that the action is barred by the Statute of Limitations.